UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MATTHEW KREBS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14-CV-1408-JAR |
| ESTATE OF JOSEPH WILLIAM KREBS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time (Doc. No. 24) to file a response to the pending motion to dismiss filed by Defendant Charles Buddy Krebs on October 14, 2014. (Doc. No. 20). Pursuant to the Local Rules of the United States District Court for the Eastern District of Missouri, Rule 4.01, memoranda in opposition to pending motions shall be filed within seven days after the motion is filed. The Plaintiff has failed to comply with the Rule, however, the Court may extend this time limit for good cause. See, E.D.Mo. L.R. 1.05. Considering Plaintiff's pro se status, the Court finds an extension of time is appropriate in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time [24] is **GRANTED**. Plaintiff is granted an extension of time until **December 20, 2014**, to file his response to Defendant Charles Buddy Krebs' motion to dismiss.

1

Dated this 18th day of November, 2014.

                                                                                       _/s/ John A. Ross_
                                                                                       JOHN A. ROSS
                                                                                       UNITED STATES DISTRICT JUDGE